**Order entered October 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01378-CV

## IN RE INNOVATION FIRST, INC., INNOVATION FIRST INTERNATIONAL, INC., DAVID A. NORMAN AND ROBERT MIMLITCH, III, Relators

**Original Proceeding from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-05475-D**

## ORDER

Based on the Court's opinion of today's date, we **DENY** relators' petition for writ of

mandamus. We **ORDER** that relators bear the costs of this original proceeding.


/s/  DAVID EVANS
   JUSTICE